Appeal of SHURTLEFF ICE CREAM        Docket No. 423.
CO.

Submitted May 7, 1925; decided May 21, 1925.

*H. D. Sampson, C. P. A.*, for the taxpayer.
*A. Calder Mackay, Esq.*, for the Commissioner.

Before GRAUPNER and TRAMMELL.

This appeal involves a deficiency in income and profits taxes for the calendar years 1918, 1919, and 1920, in the aggregate amount of $2,095.87. The taxpayer introduced no evidence, but, with respect to the amount claimed as a deduction in 1920 on account of the Wisconsin State income tax for that year, it submitted the appeal on the pleadings. The Commissioner introduced the returns of the taxpayer.

### FINDINGS OF FACT.

The taxpayer is a Wisconsin corporation with its principal office at Janesville. It computed and set up on its books on December 31, 1920, the amount of $1,814.99, Wisconsin income tax on the net income of 1920, and deducted it in its 1920 income-tax return. It kept its books on the accrual basis.

### DECISION.

The determination of the Commissioner is approved.

---

Appeal of GEORGE J. REID.        Docket No. 370.

Submitted May 8, 1925; decided May 21, 1925.

*C. J. Bullock, Esq.*, for the taxpayer.
*John D. Foley, Esq.*, for the Commissioner.

Before GRAUPNER, TRAMMELL, and PHILLIPS.

The amount of the deficiency asserted and the tax in controversy is $3,396.17, income tax for the calendar year 1921.

### FINDINGS OF FACT.

1. In the year 1921 the taxpayer sold out his interest in the Saxe Co., a copartnership composed of the taxpayer and John E. Saxe, to John E. Saxe for the sum of $25,000. This sale was unconditional. After receiving the $25,000 from Saxe, the taxpayer loaned to him the amount of $25,000, for which a series of notes was given as eviddence of the indebtedness.

2. Subsequently, during the year 1921, Saxe induced the taxpayer to return to Milwaukee from Kansas City, where he had gone and